UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **2:20-cv-00880-AFM**                                     Date:  **October 14, 2020**

Title     **Kendall Lydell Howard v. Andrew Saul**

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

Pursuant to the Stipulation and Order extending the briefing schedule, Plaintiff's Memorandum in Support of Complaint was due on September 28, 2020.  (ECF Nos. 22, 23.)  The docket sheet shows that, as late as the date of this Order, plaintiff has not filed the Memorandum in Support of Plaintiff's Complaint.  Plaintiff has thus failed to comply with the Court's Order.

Accordingly, IT IS ORDERED that on or before **October 30, 2020**, plaintiff shall show cause in writing why this action should not be dismissed.  The filing of Plaintiff's Memorandum in Support of Complaint by October 30, 2020 shall discharge the order to show cause and all other deadlines required by the Case Management Order will be extended accordingly.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |